IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02787-KLM

LAURAL O'DOWD, for herself and all others similarly situated,

    Plaintiff,

v.

ANTHEM HEALTH PLANS, INC., doing business as Anthem Blue Cross and Blue Shield,
ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., doing business as Anthem Blue Cross and Blue Shield, and
WELLPOINT, INC.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion For Leave to Amend Complaint** [#25][1] (the "Motion"). On January 14, 2015, the Court struck Plaintiff's tendered amended complaint [#23] and informed Plaintiff that if she

> wishes to amend her Complaint, she must file either (1) a notice stating that Defendants do not oppose amendment which attaches the proposed amended complaint and a document showing the changes Plaintiff wishes to make as required by D.C.COLO.LCivR 15.1 or (2) an opposed motion that complies with all applicable rules, on or before **January 21, 2015**.

*Minute Order* [#24] at 2 (emphasis in original). The Court also informed Plaintiff about the requirements of D.C.COLO.LCivR 15.1 and D.C.COLO.LCivR 10.1(e). *Id.* at 1. Regarding Local Rule 10.1(e), the Court noted that the rule "requires that all pleadings and documents be double spaced." *Id.* The proposed Amended Complaint attached to the Motion [#25-2] does not comply with Local Rule 10.1(e). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#25] is **GRANTED in part**. Without

---

[1] "[#25]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

1

seeking leave from the Court, Plaintiff may file a new version of her proposed Amended Complaint that complies with Local Rule 10.1(e) on the docket.  That version of the proposed Amended Complaint will become the operative pleading in this case without further order of the Court.

      Dated:  January 21, 2015