IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02787-KLM

LAURAL O'DOWD, for herself and all others similarly situated,

     Plaintiff,

v.

ANTHEM HEALTH PLANS, INC., doing business as Anthem Blue Cross and Blue Shield,
ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., doing business as
Anthem Blue Cross and Blue Shield, and
WELLPOINT, INC.,

     Defendants.

_____

# MINUTE ORDER
_____

## ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

     This matter is before the Court on Defendant Rocky Mountain Hospital and Medical Service, Inc.'s ("Anthem Colorado") **Unopposed Motion for Deadlines for Defendant's [sic] Answer** [#46][1] (the "Motion").  On November 4, 2015, the Court struck the Proposed Amended Scheduling Order filed by the parties and ordered Plaintiff to file any motion for leave to further amend her claims on of before November 30, 2015.  *Minute Order* [#45] at 1-2.  In the Motion, Defendant Anthem Colorado asks the Court to extend its deadline to respond to the Amended Complaint [#27], the operative complaint, in anticipation of Plaintiff filing a motion for leave to amend her claims.  *Motion* [#46] at 2-3.  The Court finds that the requested relief will promote efficiency and allow the parties to conserve resources.  Accordingly,

     IT IS HEREBY **ORDERED** that the Motion [#46] is **GRANTED**.

     IT IS FURTHER **ORDERED** that: (1) if Plaintiff does not seek leave to file a Second Amended Complaint on November 30, 2015, Defendant Anthem Colorado shall respond to the Amended Complaint **on or before December 30, 2015**; and (2) if Plaintiff moves for leave to file a Second Amended Complaint, Defendant Anthem Colorado shall respond to

_____

[1]  "[#46]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.

the operative complaint **within 30 days** of the entry of the Court's order regarding Plaintiff's request for leave to amend her claims.

Dated:  November 10, 2015