IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02787-KLM

LAURAL O'DOWD, for herself and all others similarly situated,

    Plaintiff,

v.

ANTHEM HEALTH PLANS, INC., doing business as Anthem Blue Cross and Blue Shield,
ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., doing business as Anthem Blue Cross and Blue Shield, and
WELLPOINT, INC.,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion to File Second Amended Complaint** [#51][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#51] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that Plaintiff's Second Amended Complaint [#51-1] is accepted for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that, as ordered by the Court on November 10, 2015 [#49], Defendant Rocky Mountain Hospital and Medical Service, Inc. shall respond to the Second Amended Complaint on or before **December 31, 2015**.

    IT IS FURTHER **ORDERED** that newly-named Defendant Anthem, Inc. shall respond to the Second Amended Complaint in accordance with the Federal Rules of Civil Procedure after service has been effected.

    Dated:  December 1, 2015

---

[1] "[#51]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.