IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02787-KLM

LAURAL O'DOWD, for herself and all others similarly situated,

    Plaintiff,

v.

ANTHEM, INC., doing business as Anthem Blue Cross and Blue Shield, and
ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., doing business as Anthem Blue Cross and Blue Shield,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Unopposed Motion for Leave to File Combined Motion to Dismiss** [#64][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#64] is **GRANTED**. In response to Plaintiff's Second Amended Complaint [#53], Defendants may file one, combined motion to dismiss that does not exceed twenty-five pages, excluding the table of contents, table of authorities, certificate of service, and any exhibits.

    Dated: January 15, 2016

---

[1] "[#64]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.