IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

LAURAL O'DOWD, for herself and all
others similarly situated,

                    *Plaintiff*

                         v.                                    Civil Action No. 14–CV–02787–KLM

ANTHEM, INC. and ROCKY MOUNTAIN
HOSPITAL AND MEDICAL SERVICE,
INC., d/b/a ANTHEM BLUE CROSS and
BLUE SHIELD,

                    *Defendants.*

## STIPULATED ORDER REGARDING NON-WAIVER OF ATTORNEY–CLIENT PRIVILEGE AND WORK-PRODUCT PROTECTION

The parties have stipulated, and request the entry of an order providing, that the attorney–client privilege and work-product protection (as defined in Rule 502(g) of the Federal Rules of Evidence) shall not be waived under the circumstances described in this order.

Accordingly, it is this *11ᵀ* day of *March*, 2016, by the United States District Court for the District of Colorado, ORDERED:

1. The production of privileged or work-product protected documents, electronically stored information ("ESI"), or other information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated

5216784.1

Order shall be interpreted to provide the maximum protection allowed by Rule 502(d) of the Federal Rules of Evidence.

2. Nothing in this order is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or information (including metadata) for relevance, responsiveness, or segregation of privileged or protected information before production.

5216784.1

ZUCKERMAN SPAEDER LLP

*/s/ D. Brian Hufford*
D. Brian Hufford
Jason S. Cowart
ZUCKERMAN SPAEDER LLP
399 Park Avenue, 14th Floor
New York, NY 10022
(212) 704-9600
(212) 704-4256 (fax)
dbhufford@zuckerman.com
jcowart@zuckerman.com

Conor B. O'Croinin
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
(410) 332-0444
(410) 659-0436 (fax)
cocroinin@zuckerman.com

Meiram Bendat
PSYCH-APPEAL, INC.
8560 Sunset Boulevard, Suite 500
West Hollywood, CA  90069
(310) 598-3690 x.101
(888) 975-1957(fax)
mbendat@psych-appeal.com

Gregory A. Gold
Sommer D. Luther
THE GOLD LAW FIRM, LLC
7375 E. Orchard Road, Suite 300
Greenwood Village, Colorado 80111
(303) 694-4653
greg@TheGoldLawFirm.net
sommer@TheGoldLawFirm.net

*Attorneys for Plaintiff Laural O'Dowd*

HOGAN LOVELLS US LLP

*/s/ E. Desmond Hogan*
E. Desmond Hogan
Miranda L. Berge
Briana L. Black
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
202.637.5493
202.637.5910 (fax)
desmond.hogan@hoganlovells.com
miranda.berge@hoganlovells.com
briana.black@hoganlovells.com

Nicholas M. DeWeese
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202
303.454.2530
303.899.7333 (fax)
nicholas.deweese@hoganlovells.com

*Attorneys for Defendants*

5216784.1

**SO ORDERED**

Dated: **3/11/16**

_____
Hon. Kristen L. Mix
United States Magistrate Judge

5216784.1