IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02787-KLM-NYW

LAURAL O'DOWD, for herself and all others similarly situated,

    Plaintiff,

v.

ANTHEM, INC., and
ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., doing business as Anthem Blue Cross and Blue Shield,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Proposed Second Amended Scheduling Order** [#108].

IT IS HEREBY **ORDERED** that Anthem, Inc.'s initial disclosures shall be served **on or before August 4, 2017**.

IT IS FURTHER **ORDERED** that all fact discovery shall be completed **on or before December 21, 2017**. If circumstances warrant, the parties shall confer over whether an extension of the fact discovery cut-off is needed and file appropriate motions seeking additional time.

IT IS FURTHER **ORDERED** that Plaintiff's motion for class certification shall be filed **on or before February 5, 2018**. Responses and replies shall be due pursuant to D.C.COLO.LCivR 7.1.

IT IS FURTHER **ORDERED** that a final pretrial/trial preparation conference will be held in this case on a date to be determined in the future.

IT IS FURTHER **ORDERED** that a ten-day trial will be set for a date to be determined in the future.

Dated: June 26, 2017