IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02787-KLM-NYW

LAURAL O'DOWD, for herself and all others similarly situated,

      Plaintiff,

v.

ANTHEM, INC., and
ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC., doing business as
Anthem Blue Cross and Blue Shield,

      Defendants.
_____

**AMENDED JUDGMENT**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered in this case, FINAL JUDGMENT is entered.

      Pursuant to the Amended Final Order and Judgment [#143] entered by Magistrate Judge Kristen L. Mix on September 9, 2019, which order is incorporated by reference, it is ORDERED that the terms of the Settlement Agreement and the Final Order and Judgment [#143] shall be forever binding upon, and shall have res judicata, collateral estoppel, and all other preclusive effect as to the Released Claims. It is

      FURTHER ORDERED that the parties to the Litigation are ordered to comply with the terms of and effectuate the Settlement Agreement. It is

      FURTHER ORDERED that all claims against Defendants in this case are **DISMISSED WITH PREJUDICE**, without fees or costs to any party except as provided in the Final Order and Judgment [#143] and except as to any claim of the persons who

properly requested to Opt Out of the Settlement.  It is

FURTHER ORDERED that this case is CLOSED.


DATED at Denver, Colorado September 9, 2019.

FOR THE COURT:
Jeffrey P. Colwell, Clerk

By s/ L. Galera_____
Laura Galera
Deputy Clerk